## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| A-TAC GEAR GUNS UNIFORMS LLC and ATAC ARMS, ) ) ) | |
| Plaintiff, ) ) ) | Civil Action No. 1:19-CV-02905-RBJ |
| vs. ) ) ) | |
| U.S. DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, DENVER COLORADO FIELD OFFICE, DIRECTOR PAUL BROWN ) ) ) ) ) ) ) | CERTIFICATE OF ADMINISTRATIVE RECORD |
| Defendant, ) | |

WHEREAS the Secretary of the Treasury transferred the functions, powers and duties of the administration of 18 U. S. C. Chapter 44, the Gun Control Act of 1968, to the Bureau of Alcohol, Tobacco and Firearms (Treasury Department Order 120-01 (formerly Order No. 221) dated June 6, 1972, 37 Fed. Reg. 11, 696 (1972));

AND WHEREAS, on November 25, 2002, the President signed into law the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (2002), and title XI, subtitle B, section 1111 of the Act established the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) within the Department of Justice and, with respect to the enforcement of the Federal firearms laws, transferred the authorities, functions, personnel and assets of the Bureau of Alcohol, Tobacco and Firearms to the Department of Justice, including the related functions of the Secretary of Treasury;

AND WHEREAS, the Attorney General has delegated the functions, powers and duties of the administration of 18 U. S. C. Chapter 44, the Gun Control Act of 1968, to the Bureau of Alcohol, Tobacco, Firearms and Explosives, 28 C. F. R. 0.130 (a)(1);

AND WHEREAS, the Department of Justice issued a regulation continuing the regulations contained in 27 C. F. R. Part 178 (now renumbered Part 478, 68 Fed. Reg. 3744, (Jan. 24, 2003)) as in effect on January 23, 2003, with respect to the operations of the Bureau of Alcohol, Tobacco, Firearms and Explosives according to their terms until amended, modified, suspended, terminated, set aside, or revoked in accordance with law, 28 C. F. R. 0.133;

AND WHEREAS, the regulations confer the authority and power to revoke Federal firearms licenses upon the Director of Industry Operations, 27 C. F. R. Section 478.73;

AND WHEREAS, the Bureau of Alcohol, Tobacco, Firearms and Explosives did on August 14, 2019, issue a Final Notice of Denial (ATF E-Form 5300.13) revoking the Federal firearms license of, A-TAC Gear Guns Uniforms, LLC, d/b/a A-Tac Arms, and also imposed a fine of $24,486.00;

AND WHEREAS, in the above-captioned case, the Plaintiff filed in this Court a petition for review of the aforementioned administrative revocation of license;

NOW, THEREFORE, I Paul W. Brown, Director of Industry Operations, Denver Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, DO HEREBY CERTIFY that the hearing transcript and documents identified below and submitted herewith, constitute the administrative record in the above-captioned case, *viz:*

1. A-TAC Gear Guns Uniforms, LLC Federal Firearms License (USA_000001 – USA_000002)
2. Notice of Revocation with mailings (USA_000003 – USA_000010)
3. A-TAC request for hearing (USA_000011 – USA_000012)
4. Notice of Hearing (USA_000013 – USA_000018)
5. 2015 Regulation review with 2010 ATF Gun Show Pamphlet (ATF Information 5300.23A) (USA_000019 – USA_000023)
6. ATF Warning Notice Letter (USA_000024 – USA_000026)
7. 2016 ATF Gun Show Pamphlet (ATF Information 5300.23A) (USA_000027 – USA_000029)
8. 2019 Report of Violations (ROV) (USA_000030 – USA_000047)
9. Firearms records pertaining to violations of 27 C.F.R. 478.50 and 478.100(a)(1) (USA_000048 – USA_000260)
10. Firearms records pertaining to violations of 27 C.F.R. 478.102(a) (USA_000261 – USA_000484)
11. Firearms records pertaining to violations of 18 U.S.C. 922(t)(5) (USA_000485 – USA_000510)
12. Firearms records pertaining to violations of 27 C.F.R. 478.99(a) (USA_000511 – USA_000681)
13. Firearms records pertaining to violations of 27 C.F.R. 478.124(a) (USA_000682 – USA_000699)
14. Transcript of the July 8, 2019 Federal Firearms Revocation Hearing (USA_000700 – USA_000845)
15. ATF Final Notice of Revocation (ATF E-Form 5300.13) (USA_000846 – USA_000852)

## CERTIFICATION OF RECORD

I, Paul W. Brown, Director, Industry Operations, Denver Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, hereby certify under penalty of perjury that the hearing transcript and documents identified above and submitted herewith constitute the official administrative record for ATF's revocation and imposition of fine of the Federal Firearms Licensee of A-TAC Gear Guns Uniforms, LLC, d/b/a A-Tac Arms.

March 17, 2020

*[Signature: Paul W. Brown]*

Paul W. Brown
Director, Industry Operations
Denver Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
950 17th Street, Suite 1800
Denver, Colorado 80202